**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RODNEY WATSON** | * | **CIVIL ACTION NO. ________** |
| | * | |
| **VERSUS** | * | **SECTION "__" ____** |
| | * | |
| **WEEKS MARINE, INC.** | * | **JUDGE ___________** |
| | * | |
| | * | **MAGISTRATE ____________** |

****************************************************************************

**COMPLAINT FOR DAMAGES UNDER THE JONES ACT, ETC.**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

1.

The Complaint for Damages of Rodney Watson, a person of majority age, avers as follows:

2.

Made Defendant herein is Weeks Marine, Inc. a company qualified to do and doing business in the State and judicial district at all material times.

**AND FOR A FIRST CAUSE OF ACTION**

3.

On or about September 24, 2014 Defendant, Weeks Marine, Inc. owned, operated and controlled the BE Lindholm, a dredge, and Defendant, Weeks Marine, Inc. employed Plaintiff, Rodney Watson, as the cook on said vessel, for which he earned an average annual earnings of approximately $30,505.50, plus found and fringe benefits.

4.

On or about September 24, 2014, while the BE Lindholm was in navigable waters, Plaintiff sustained severe, painful, and disabling injuries to his back, and other parts of his body as a result of the negligence of Defendant, Weeks Marine, Inc., and the unseaworthiness of the BE Lindholm. Plaintiff was injured when he was setting out the meal he prepared for the crew on a steam line table. Plaintiff turned around and while he had his back to the steam line table a swell hit the vessel causing the steam line table to completely turn over, striking the Plaintiff in the back and proceeding to pin the Plaintiff against the wall, floor and underneath the steam line table. The steam line table was not properly and safely bolted down to the vessel.

5.

By reason of the foregoing, Plaintiff has suffered past and future physical and mental pain and suffering, permanent physical scarring and disability and loss of wage earning capacity for which Plaintiff seeks and is entitled to recover from Defendant, compensatory damages in an amount reasonable under the circumstances, plus found and fringe benefits.

6.

Plaintiff brings this cause of action against the aforesaid Defendant pursuant to the Jones Act, 46 U.S.C. §30104, et seq.

**AND FOR A SECOND CAUSE OF ACTION**

7.

Plaintiff re-avers and re-alleges each and every allegation of fact and law contained herein as if re-pled in their entirety.

8.

As a result of the shipboard injuries described herein which manifested themselves while Plaintiff was in the service of the BE Lindholm, Plaintiff has sought reasonable and necessary medical treatment, and is entitled to maintenance at a rate of $50.00 per day.

9.

The Defendant is aware of Plaintiff's need for medical care for the injury caused by and manifested while Plaintiff was in the service of its vessel, which treatment Plaintiff continues to need, wants and intends to undergo and has also requested that Defendant authorize and pay for his prescribed medical treatment.

10.

Despite Plaintiff's request, the Defendant has arbitrarily, capriciously and without legal cause, failed to handle Plaintiff's claim of entitlement to cure in good faith and to authorize and pay for his necessary medical treatment and maintenance payments of $50.00 per day. Specifically, defendant controlled and manipulated plaintiff's medical activity and caused plaintiff to be prematurely deemed fit for duty, when in fact appropriate diagnostic testing confirmed that plaintiff suffered severe knee joint and lumbar spine injuries that require medical care including possible surgeries.

11.

As a result of Defendant's willful, arbitrary and capricious failure to investigate Plaintiff's cure claim in good faith, provide necessary medical treatment for Plaintiff's injuries and pay maintenance benefits, Plaintiff's physical and mental pain and suffering have been aggravated and intensified and his recovery has been prolonged, delayed and impaired.

12.

By reason of the foregoing, Plaintiff seeks, and is entitled to recover from Defendant, all expenses associated with necessary reasonable medical care from September 24, 2014 until he reaches maximum medical cure according to his treating physician, and continue payment of maintenance at $50.00 per day since approximately January 15, 2015 when defendant stopped payment.

13.

By reason of the foregoing, Plaintiff is further entitled to recover punitive damages for Defendant's willful refusal to honor its maintenance and cure obligation in good faith in an amount to be determined by this Honorable Court, plus reasonable attorney's fees in an amount to be set by this Court because Plaintiff had to retain counsel to pursue this cause of action.

14.

Plaintiff brings this second cause of action against the aforesaid Defendants pursuant to the Jones Act, 46 U.S.C. §30104, et seq.

**WHEREFORE**, after due proceedings had, Plaintiff, Rodney Watson, prays for judgment in his favor and against Defendant Weeks Marine, Inc. for compensatory damages in an amount reasonable under the circumstances of this cause, for all maintenance and cure benefits due and owing until Plaintiff reaches maximum medical improvement as determined by his chosen treating physician, for punitive damages in an amount to be determined by this Honorable Court as a result of defendant's willful failure to honor its maintenance and cure obligation in good faith, for reasonable attorneys' fees incurred in obtaining maintenance and cure benefits, for all taxable costs and interest as allowed by law and for all additional general and equitable relief to which Plaintiff may be entitled under the circumstances of this cause.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
BETH E. ABRAMSON (#27350)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500 Telephone
(504) 588-1514 Facsimile
sterbcow@lksalaw.com
babramson@lksalaw.com

OF COUNSEL
Matthew D. Shaffer, Esq.
Texas Bar #18085600
Schechter, McElwee, Shaffer, & Harris, L.L.P.
3200 Travis, 3rd Floor
Houston, Texas 77006-3636
(713) 524-3500 Telephone
(713) 751-0412 Facsimile
mshaffer@smslegal.com

**PLEASE SERVE:**

**WEEKS MARINE, INC.**
Through their registered agent
Stephen Chatry
304 Gaille Drive
Covington, LA 70433