```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

WEEKS MARINE, INC.                          CIVIL ACTION

VERSUS                                      NO: 15-600 c/w 15-611
                                            APPLIES TO ALL

RODNEY WATSON                               SECTION: "J"(2)
```

**JUDGMENT**

Considering the Court's Findings of Fact and Conclusions of Law dated May 27, 2016, filed herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff Rodney Watson and against Defendant Weeks Marine, Inc. as follows:

1. Past pain and suffering – $100,000.

2. Future pain and suffering – $250,000.

3. Past wage loss – $48,906.00

4. Loss of future earning capacity – $400,000.00

5. Maintenance through May 17, 2016 – $9,340.00

6. Past unpaid cure expenses – $56,582.00

7. Future maintenance expenses – $20.00 per day until Watson reaches MMI

8. Future medical expenses – $125,000 for two level cervical fusion plus cost of other treatment including surgery until Watson reaches MMI

1

    9.    Punitive damages for willful failure to pay maintenance and cure - $100,000.00

    10.    Attorney's fees incurred for the maintenance and cure claim - $50,000.00

Plaintiff is entitled to pre-judgment interest at the rate of 4% per annum from date of injury until paid on the awards for past damages, including past wage loss, unpaid medical bills, past pain and suffering. Interest at the same rate is due on the remainder of the damages awarded from date of judgment until paid.

Plaintiff is entitled to recover taxable court costs.

New Orleans, Louisiana, this 1st day of June, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE